**Order entered April 8, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01528-CV

### WONYOUNG KIM, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08792**

## ORDER

Before the Court is Appellant's April 4, 2019 Agreed First Motion to Extend Time to File

Reply/Cross-Appellee's Brief.  We **GRANT** the motion and extend the time to **April 23, 2019**.

        /s/     DAVID J. SCHENCK
                PRESIDING JUSTICE